IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAUL MUNDT, MUNDT PROPERTIES PARTNERSHIP, and INTOWN PARTNERSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF JACKSON, TENNESSEE, and GREGORY ROWLAND, individually and in his capacity as Director of Building and Housing Codes Department for the City of Jackson, Tennessee,<br><br>    Defendants. | No. 1:19-cv-01163-JDB-jay<br><br>JURY TRIAL DEMANDED |

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

The parties in the above-captioned cause and stated unto the Court that all issues have been resolved by way of compromise, and they jointly requested the Court enter a judgment of dismissal with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that this action brought by Paul Mundt, Mundt Properties Partnership, and Intown Partnership be and the same is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of January 2020.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE