# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

PAUL MUNDT, MUNDT
PROPERTIES PARTNERSHIP
and INTOWN PARTNERSHIP,

    Plaintiffs,

                                  CASE NUMBER: 1:19-1163-JDB-jay

v.

THE CITY OF JACKSON,
TENNESSEE, and GREGORY
ROWLAND, ET AL.,

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 1/8/2020, this matter is dismissed with prejudice.

**APPROVED:**

                                                                **s/J. Daniel Breen**
                                                                 **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**